Kenneth S. Clark, Respondent, v. Standard Rock Asphalt Corporation, Appellant.

(Argued May 3, 1932; decided June 1, 1932.)

*J. Alvin Van Bergh* and *Earl J. Garey* for appellant.
*Harold Harper* and *Murray F. Johnson* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: Pound, Ch. J., Crane, Lehman, Kellogg O'Brien, Hubbs and Crouch, JJ.